S. Pollack, Inc., Appellant, *v.* Bechtel, Appellant.

Argued March 22, 1971. *Richard A. Bausher,* with him *Stevens & Lee,* for defendant, appellant; *Arthur Ed. Saylor,* with him *Edelman, Schaeffer, Saylor, Readinger & Poore,* for plaintiff, appellant.

Order affirmed.

Smith, Appellant, *v.* Nemirofsky, Appellant.

Argued March 18, 1971. *Charles J. Devlin, Jr.,* with him *Frank Carano,* and *Carano & Kunken,* for appellant; *Gilbert I. Yaros,* with him *Kremer, Krimsky & Luterman,* for appellee.

Order affirmed.

HOFFMAN, J., absent.